**E. J. HELM v. UNITED STATES.**
No. 436.

Circuit Court of Appeals, Tenth Circuit.
Feb. 12, 1931.

Roy St. Lewis, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed February 12, 1931, for failure to prosecute.

---

Frank HITCHCOCK, Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Appellee.
No. 5550.

Circuit Court of Appeals, Sixth Circuit.
June 9, 1931.

For former opinion, see 44 F.(2d) 756.

John W. Ford, of Youngstown, Ohio (Kennedy, Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, on the brief), for petitioner.

John V. Groner, of Washington, D. C. (G. A. Youngquist, Asst. Atty. Gen., and J. Louis Monarch, C. M. Charest, and Allin H. Pierce, all of Washington, D. C., on the brief), for respondent.

Before MOORMAN, HICKS, and HICKENLOOPER, Circuit Judges.

PER CURIAM.

The petition for rehearing in this case is granted, and the order of the Board of Tax Appeals reversed, upon authority of the decision of the Supreme Court in Burnet v. Logan, 51 S. Ct. 550, 75 L. Ed. ——, decided May 18, 1931.

---

**Joe HOCHDERFER v. UNITED STATES.**
No. 449.

Circuit Court of Appeals, Tenth Circuit.
March 19, 1931.

Ayres, Cowan, McCorkle & Fair, and Clement F. Clark, all of Wichita, Kan., for appellant.

Dan B. Cowie, Asst. U. S. Atty., of Topeka, Kan.

Before LEWIS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed March 19, 1931, per stipulation, at costs of appellant.

---

JAMES TREGARTHEN & SONS CO., Libelant-Appellee, v. Coal Hoister GOLD DIGGER, Her Tackle, Apparel, etc. Charles E. Forsythe and James A. Forsythe, Copartners, Doing Business as Forsythe Brothers, Claimants-Appellant.
No. 359.

Circuit Court of Appeals, Second Circuit.
May 18, 1931.

George W. Tucker, of New York City (Chauncey E. Treadwell, of New York City, of counsel), for claimants.

Alexander, Ash & Jones, of New York City (Edward Ash and Lawson R. Jones, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree [44 F.(2d) 660] affirmed.